1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH HIBBLER,                        No.  2:19-cv-2596 TLN CKD P

12              Petitioner,

13        v.                                FINDINGS AND RECOMMENDATIONS

14   PATRICK COVELLO,

15              Respondent.

16

17        A recent court order was served on petitioner's address of record and returned by the

18   postal service.  It appears that petitioner has failed to comply with Local Rule 182(f), which

19   requires that a party appearing in propria persona inform the court of any address change.  More

20   than sixty-three days have passed since the court order was returned by the postal service and

21   petitioner has failed to notify the Court of a current address.

22        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice for failure to prosecute.  See Local Rule 183(b).

24        These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after

26   being served with these findings and recommendations, any party may file written objections with

27   the court.  The document should be captioned "Objections to Magistrate Judge's Findings and

28   Recommendations."  Any response to the objections shall be filed and served within fourteen

                                          1

1    days after service of the objections.  The parties are advised that failure to file objections within

2    the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

3    F.2d 1153 (9th Cir. 1991).

4    Dated:  May 13, 2020

5

6                                     CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12    12/hibb2596.133a

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28